trial, where the judge who tried the cause was not dissatisfied with the verdict.

Judgment affirmed.

*Ross* for the plaintiff.

1809.

Lessee
of
CAIN
*v.*
HENDERSON.

MAGEEHAN *against* the Lessee of ADAMS.

IN ERROR.

*Pittsburg,
Monday,*
September 11.

THIS case was upon a bill of exceptions to the opinion of the Common Pleas of *Beaver* county.

A survey and patent of one *Conrad*, which were given in evidence, called for, at the beginning of the tract, a black oak *on the state line*, thence *by the same* 130 perches to a post. The plaintiff below offered evidence to prove that the black oak, and the marked line run from the black oak, were not on the state line, but about thirty perches east of it; and this evidence was admitted by the court, notwithstanding the defendant objected to it.

*Campbell* for the plaintiff in error, argued that the survey and patent were conclusive evidence of the situation of the tract.

But the *Court* were unanimously of opinion that the evidence was properly admitted, the point having been so ruled many times.

Judgment affirmed.

*Semple* for defendant in error.

> Parol evidence is admissible to shew that a course and boundary in a survey and patent are incorrectly stated, and that they are otherwise upon the ground.